IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN LASTRA,<br><br>      Plaintiff,<br><br>  -v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and JHPDE FINANCE 1, LLC,<br><br>      Defendants. | Civil Case Number: 1:24-cv-01346-AT |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against all Defendants in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs as to all Defendants. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:  September 5, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*