USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/31/2025__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EILEEN LASTRA,

        **Plaintiff,**

-v-

EXPERIAN INFORMATION SOLUTIONS, INC., AND JHPDE FINANCE 1, LLC,

        **Defendants.**

Civil Case Number: 1:24-cv-01346-AT

DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 17, 2024 Stipulation of Dismissal, all claims asserted against Defendant **Experian Information Solutions, inc.** in Civil Action No. **1:24-cv-01346-AT**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **Experian Information Solutions, Inc.**

**SO ORDERED THIS 31 day of March 2025.**

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE