USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/31/2025___

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN LASTRA,<br><br>                **Plaintiff,**<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND JHPDE FINANCE 1, LLC,<br><br>                **Defendants.** | **Civil Case Number: 1:24-cv-01346-AT**<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 28, 2025, Stipulation of Dismissal, all claims asserted against the remaining Defendant **JHPDE Finance 1, LLC** in Civil Action No. **1:24-cv-01346-AT**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **JHPDE Finance 1, LLC.**

**SO ORDERED THIS 31 day of March 2025.**

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE